CATHERINE E. COLLINS, Respondent, v. CHARLES E. COLLINS, Appellant.

*Writ of ne exeat — was not abolished by the Code.*

Appeal from an order denying a motion to discharge a writ of *ne exeat.*

The court at General Term said : " The remedy which was known in the practice which prevailed in the Court of Chancery as the writ of *ne exeat* was not abolished by the Code, as declared in two cases decided in the General Term of this department, namely, *Breck* v. *Smith* (54 Barb., 212); *Viadero* v. *Viadero* (7 Hun, 313). The same proposition was asserted in *Forrest* v. *Forrest* (10 Barb., 46); *Neville* v. *Neville* (22 How. Pr. Rep., 500); *Bushnell* v. *Bushnell* (15 Barb., 399).

" It is true that in the Superior Court of this city the contrary view was expressed. (See *Johnston* v. *Johnston*, 1 Robt., 642.) But we consider ourselves bound by the decisions of this court on this question."

*Cephas Brainard & James S. Stearns*, for the appellant. *A. Bell Malcolmson, Jr.*, for the respondent.

Opinion *Per Curiam.*

Present — Brady, P. J., and Potter, J.

Order affirmed, with ten dollars costs and disbursements.